**No. 54009.**—Boston Brokerage Company et al. v. United States, protests 731246–G, etc. (Boston).

Opinion by COLE, J. The protests were dismissed.